UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID LYNN CROWLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-169-TRM-DCP |
| ) | |
| ANDERSON COUNTY, TENNESSEE, ) | |
| N. JAY YEAGER, and WILLIAM ANDREW ) | |
| CORBITT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Second Motion to Modify Scheduling Order [Doc. 61]. Specifically, Plaintiff requests that the discovery deadline be extended to May 18, 2018, and that the deadline to submit final witness lists be extended to June 18, 2018. For grounds, Plaintiff states that on April 16, 2018, he served Anderson County District Attorney General David Clark and Assistance District Attorney Anthony Craighead Subpoenas to Testify at a Deposition [Docs. 55 and 56]. Plaintiff continues that District Attorneys Clark and Craighead have filed a Motion to Quash [Doc. 52] the subpoenas, which is currently pending. Plaintiff requests that the above deadlines be extended given the ongoing discovery issues and pending motion. Finally, Plaintiff submits that Defendants consent to the relief requested.

Accordingly, in light of no opposition and for good cause shown, the Court **GRANTS** Plaintiff's Second Motion to Modify Scheduling Order [**Doc. 61**]. The Court finds that discovery

shall be completed on or before **May 18, 2018**, and that the parties shall file their final witness lists on or before **June 18, 2018**.

      **IT IS SO ORDERED**.

                                              ENTER:

                                              _Debra C. Poplin_
                                              Debra C. Poplin
                                              United States Magistrate Judge