UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID LYNN CROWLEY, ) | |
| ) | Case No. 3:17-cv-169 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| N. JAY. YEAGER and WILLIAM ) | |
| ANDREW CORBITT, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## VERDICT FORM

## CLAIMS

**CLAIM NO. 1:** On Plaintiff's **malicious-prosecution** claim against <u>Defendant William Andrew Corbitt</u>, we find in favor of (check one):

    Plaintiff:      __X__

    Defendant Corbitt:      _____

If you found in favor of <u>Defendant Corbitt</u>, leave the following damages section blank and proceed to Claim No. 2.

If you found in favor of <u>Plaintiff</u>, state the amount of compensatory damages you award on this claim: $ __25,000__

**CLAIM NO. 2:** On Plaintiffs' **civil-rights-conspiracy** claim against <u>Defendant William Andrew Corbitt</u>, we find in favor of (check one):

    Plaintiff:      __X__

    Defendant Corbitt:      _____

If you found in favor of <u>Defendant Corbitt</u>, leave the following damages section blank and proceed to Claim No. 3.

If you found in favor of <u>Plaintiff</u>, state the amount of compensatory damages you award on this claim: $ __25,000__

---

**CLAIM NO. 3:** On Plaintiffs' **conspiracy-to-render-false-testimony** claim against <u>Defendant William Andrew Corbitt</u>, we find in favor of (check one):

    Plaintiff:      _____

    Defendant Corbitt:      __X__

If you found in favor of <u>Defendant Corbitt</u>, leave the following damages section blank and proceed to Claim No. 4.

If you found in favor of <u>Plaintiff</u>, state the amount of compensatory damages you award on this claim: $ _____

**CLAIM NO. 4:** On Plaintiffs' **conspiracy-to-render-false-testimony** claim against <u>Defendant N. Jay Yeager</u>, we find in favor of (check one):

Plaintiff: __X__

Defendant Yeager: _____

If you found in favor of <u>Defendant Yeager</u>, leave the following damages section blank and proceed to the Total Damages section.

If you found in favor of <u>Plaintiff</u>, state the amount of compensatory damages you award on this claim: $ 250,000

## TOTAL DAMAGES

If you found for Plaintiff on any claim, please state the total amount of **compensatory** damages you award:

Against Defendant Corbitt:  $ 50,000

Against Defendant Yeager:  $ 250,000

Have the foreperson sign and date this form and return it to the Courtroom Deputy.

[signature redacted]

5/26/21
DATE